UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SUPREET SINGH KHANCHI,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | No. 5:26-cv-03801-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner **Supreet Singh Khanchi (A# 246 248 126)** from custody, subject to the conditions of his preexisting supervision; and (2) denied without prejudice in all other respects.

Dated: July 16, 2026 _______

JOHN D. EARLY
United States Magistrate Judge